UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY BROUHARD,<br><br>                                  Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation doing business in California as GEO CALIFORNIA, INC,<br><br>                                  Defendant. | Case No.: 22-CV-1578 JLS (KSC)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

Presently before the Court is the Complaint filed by Plaintiff Toby Brouhard (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: October 17, 2022

Hon. Janis L. Sammartino
United States District Judge